COMMONWEALTH *v.* MOSES RUGLESS.

**Recognizances—Bond—Release of Surety.**

Where a party was indicted and fined and was afterwards taken into custody by the sheriff under a capias, and permitted to escape; it operated as a release of the surety on the recognizance bond.

APPEAL FROM LEWIS CIRCUIT COURT.

June 4, 1873.

OPINION BY JUDGE PRYOR:

The party indicted and fined was afterwards taken into custody by the sheriff under a capias and permitted to escape.

This released the surety. Judgment *affirmed*.

*G. M. Thomas, for appellant.*